U.S. District Court
Northern District of Ohio (Cleveland)
CIVIL DOCKET FOR CASE #: 1:14-cv-02546-DCN

Ex. B.

| | |
|---|---|
| Mulloy et al v. Cuyahoga County<br>Assigned to: Judge Donald C. Nugent<br>Cause: 29:201 Fair Labor Standards Act | Date Filed: 11/19/2014<br>Date Terminated: 05/17/2016<br>Jury Demand: Both<br>Nature of Suit: 710 Labor: Fair Standards<br>Jurisdiction: Federal Question |

**Plaintiff**

**James Mulloy**
*On Behalf of Himself and all Others Similarly Situated*

represented by **Hans A. Nilges**
Nilges Draher
Ste. D
7266 Portage Street, NW
Massillon, OH 44646
330-470-4428
Fax: 330-754-1430
Email: hans@ohlaborlaw.com
*ATTORNEY TO BE NOTICED*

**Shannon M. Draher**
Nilges Draher
Ste. D
7266 Portage Street, NW
Massillon, OH 44646
330-470-4428
Fax: 330-754-1430
Email: sdraher@ohlaborlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McClary**
*On Behalf of Himself and all Others Similarly Situated*

represented by **Hans A. Nilges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Draher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Church**
*On Behalf of Himself and all Others Similarly Situated*

represented by **Hans A. Nilges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Draher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Cuyahoga County** | represented by | **Awatef Assad**<br>Office of the County Executive - Cuyahoga County<br>Department of Law<br>2079 East Ninth Street<br>Cleveland, OH 44115<br>216-698-2061<br>Fax: 216-698-2744<br>Email: aassad@cuyahogacounty.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amy Marquit Renwald**<br>Cuyahoga County Department of Law<br>7th Floor<br>2079 East Ninth Street<br>Cleveland, OH 44115<br>216-443-7724<br>Fax: 216-698-2744<br>Email: amarquitrenwald@cuyahogacounty.us<br>*ATTORNEY TO BE NOTICED*<br><br>**Ruchi V. Asher**<br>Office of the U.S. Attorney - Cleveland<br>Northern District of Ohio<br>Ste. 400<br>801 Superior Avenue, W<br>Cleveland, OH 44113<br>216-622-3718<br>Fax: 216-522-4982<br>Email: ruchi.asher@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2014 | 1 | **Complaint** with jury demand against All Defendants. Filing fee paid $ 400, Receipt number 0647-6835967. Filed by James Mulloy, Anthony Church, James McClary. (Attachments: # 1 Exhibit A - Consents, # 2 Civil Cover Sheet, # 3 Summons) (Draher, Shannon) Modified text on 11/19/2014 (C,B). (Entered: 11/19/2014) |
| 11/19/2014 | | Judge Donald C. Nugent assigned to case. (C,B) (Entered: 11/19/2014) |
| 11/19/2014 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Kenneth S. McHargh. (C,B) (Entered: 11/19/2014) |
| 11/19/2014 | 2 | Original Summons and Magistrate Consent Form issued for service upon Cuyahoga County. (Attachments: # 1 Magistrate Consent Form) (C,B) (Entered: 11/19/2014) |
| 11/19/2014 | 3 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit A - Consents)(Draher, Shannon) (Entered: |

| | | |
|---|---|---|
| | | 11/19/2014) |
| 11/19/2014 | [4](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A- Consents)(Draher, Shannon) (Entered: 11/19/2014) |
| 11/19/2014 | [5](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A - Consents)(Draher, Shannon) (Entered: 11/19/2014) |
| 11/19/2014 | [6](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A - Consents)(Draher, Shannon) (Entered: 11/19/2014) |
| 11/19/2014 | [7](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A - Consents)(Draher, Shannon) (Entered: 11/19/2014) |
| 11/19/2014 | [8](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A - Consents)Related document(s) [3](#) .(Draher, Shannon) (Entered: 11/19/2014) |
| 11/19/2014 | [9](#) | Second Amended Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit A - Consents)Related document(s) [3](#) , [8](#) .(Draher, Shannon) (Entered: 11/19/2014) |
| 11/21/2014 | [10](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit Consent of Valena B. Terrell, # [2](#) Exhibit Consent of Antoinette Huff Davis)(Nilges, Hans) Modified text on 11/24/2014 (M, S). (Entered: 11/21/2014) |
| 11/21/2014 | [11](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit Consent of Carmilla Fanara, # [2](#) Exhibit Consent of Dennis Munnings, # [3](#) Exhibit Consent of Jeffrey Hynes, # [4](#) Exhibit Consent of Eric Mahon, # [5](#) Exhibit Consent of Zachary Tucker, # [6](#) Exhibit Consent of Eric Mullen, # [7](#) Exhibit Consent of James Smallwood, # [8](#) Exhibit Consent of Steven Veverka)(Nilges, Hans) Modified text on 11/24/2014 (M, S). (Entered: 11/21/2014) |
| 11/24/2014 | [12](#) | Notice of Filing Consent of Stephanie Burrell to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit Consent of Stephanie Burrell)(Nilges, Hans) Modified text on 11/25/2014 (M, S). (Entered: 11/24/2014) |
| 11/26/2014 | [13](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit Consent of John Balog, # [2](#) Exhibit Consent of Robert J. Lawson, # [3](#) Exhibit Consent of Andrew Blanton, # [4](#) Exhibit Consent of Kenneth Carr, # [5](#) Exhibit Consent of Antonio Woods, # [6](#) Exhibit Consent of Clarence Perry, # [7](#) Exhibit Consent of Anissa Flemister, # [8](#) Exhibit Consent of Keith Pipkins, # [9](#) Exhibit Consent of Willie Austin, # [10](#) Exhibit Consent of Angela Watkins, # [11](#) Exhibit Consent of Catherin Smith)(Nilges, Hans) (Entered: 11/26/2014) |
| 11/26/2014 | [14](#) | Return of Service by certified mail executed upon Cuyahoga County, no date of service indicated on green card, filed on behalf of All Plaintiffs (Attachments: # [1](#) Exhibit Green Card) (Related document [2](#) ) (Draher, Shannon) Modified text on 12/1/2014 (M, S). (Entered: 11/26/2014) |
| 11/30/2014 | [15](#) | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # [1](#) Exhibit Consent of Taiyan Gray, # [2](#) Exhibit Consent of |

| | | |
|---|---|---|
| | | Rufus Lester, # 3 Exhibit Consent of Marvin Stamer)(Nilges, Hans) (Entered: 11/30/2014) |
| 12/01/2014 | 16 | Notice of Filing Consent Form To Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Vivette Evans, # 2 Exhibit Consent of Frank Hocker)(Nilges, Hans) (Entered: 12/01/2014) |
| 12/02/2014 | 17 | Notice of Filing Consent Form To Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Roger Mook, # 2 Exhibit Consent of Ryan Byrne, # 3 Exhibit Consent of Philicia Campbell, # 4 Exhibit Consent of Dwayne Jackson, # 5 Exhibit Consent of Antoious Makrinos)(Nilges, Hans) Modified text on 12/3/2014. (Main document missing name of Roger Mook, but consent attached as exhibit 1.) (M, S). (Entered: 12/02/2014) |
| 12/03/2014 | 18 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of James Gilmer, # 2 Exhibit Consent of Theodore Jackson, # 3 Exhibit Consent of Valerie Ayers, # 4 Exhibit Consent of Robert Scott, # 5 Exhibit Consent of Johnsie Wilson, # 6 Exhibit Consent of Carl Morgan, # 7 Exhibit Consent of Debra Crockett)(Nilges, Hans) (Entered: 12/03/2014) |
| 12/05/2014 | 19 | Unopposed **Motion** for extension of time to answer filed by Defendant Cuyahoga County. (Assad, Awatef) (Entered: 12/05/2014) |
| 12/05/2014 | 20 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Tanya Cleveland, # 2 Exhibit Consent of Christina Zitiello, # 3 Exhibit Consent of Carl Dotson, # 4 Exhibit Consent of Christopher White)(Nilges, Hans) (Entered: 12/05/2014) |
| 12/07/2014 | 21 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Bruce Lounie, # 2 Exhibit Consent of Maurice Brown)(Nilges, Hans) (Entered: 12/07/2014) |
| 12/08/2014 | | **Order** [non-document]granting 19 Defendant Cuyahoga County's Unopposed Motion for Extension of Time to Answer. Answer due 1/14/2015. Judge Donald C. Nugent on 12/08/14.(R,JM) (Entered: 12/08/2014) |
| 12/08/2014 | 22 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Marvin Miller, # 2 Exhibit Consent of Terrence Travick, # 3 Exhibit Consent of Ulysses Roscoe, # 4 Exhibit Consent of Sherri Wilcox)(Nilges, Hans) (Entered: 12/08/2014) |
| 12/11/2014 | 23 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Adam Vick, # 2 Exhibit Consent of Carol Carrington, # 3 Exhibit Consent of Leo Keglovic, # 4 Exhibit Consent of Joseph Keeler, # 5 Exhibit Consent of Pamela Sparks, # 6 Exhibit Consent of Debra Moss, # 7 Exhibit Consent of Erik Enk, # 8 Exhibit Consent of Joseph Skovira, # 9 Exhibit Consent of Jerome Wilcoxson, # 10 Exhibit Exhibit of Christopher Miller, # 11 Exhibit Consent of Phillip Robinson, # 12 Exhibit Conent of Thomas Ostrowski, # 13 Exhibit Consent of Jamie Bonnette, # 14 Exhibit Consent of Thomas Kanzig, # 15 Exhibit Consent of John Jerman, # 16 Exhibit Consent of Tommy Roberts, # 17 Exhibit Consent of Anthony Eddleman, # 18 Exhibit Consent of Melissa Harris, # 19 Exhibit Consent of Barbara Starey, # 20 Exhibit Consent of Joshua Varga, # 21 Exhibit Consent of Brian Remy, # 22 Exhibit Consent of Padraig Devlin, # 23 Exhibit Consent of James Mackey, # 24 Exhibit Consent of William Uthe, # 25 Exhibit Consent of David Miller, # 26 Exhibit Consent of Anthony Matijevic, # 27 Exhibit Consent of James Lever)(Nilges, Hans) (Entered: 12/11/2014) |
| 12/12/2014 | 24 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed |

| | | |
|---|---|---|
| | | by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Donald Gower)(Nilges, Hans) (Entered: 12/12/2014) |
| 12/15/2014 | 25 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Sabrina D. Ledger)(Nilges, Hans) (Entered: 12/15/2014) |
| 12/16/2014 | 26 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Charles Ellis, # 2 Exhibit Consent of Leonard Carson, # 3 Exhibit Consent of Cary Milia, # 4 Exhibit Consent of Jim Allen, # 5 Exhibit Consent of Ronald Williams, # 6 Exhibit Consent of Maria Gordon)(Nilges, Hans) (Entered: 12/16/2014) |
| 12/16/2014 | 27 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Monique Henderson)(Nilges, Hans) (Entered: 12/16/2014) |
| 12/17/2014 | 28 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Derick Kendall, # 2 Exhibit Consent of Alicia Rowe Cook)(Nilges, Hans) (Entered: 12/17/2014) |
| 12/18/2014 | 29 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Samuel Frazier, # 2 Exhibit Consent of James Albert, # 3 Exhibit Consent of Dorothy Agee)(Nilges, Hans) (Entered: 12/18/2014) |
| 12/18/2014 | 30 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Felicia Bivins, # 2 Exhibit Consent of Julius Keyes, # 3 Exhibit Consent of William Udics)(Nilges, Hans) (Entered: 12/18/2014) |
| 12/19/2014 | 31 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Brian Klak)(Nilges, Hans) (Entered: 12/19/2014) |
| 12/19/2014 | 32 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Satari Johnson)(Nilges, Hans) (Entered: 12/19/2014) |
| 12/23/2014 | 33 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Zandra Spivey)(Nilges, Hans) (Entered: 12/23/2014) |
| 12/26/2014 | 34 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Mario Howard, # 2 Exhibit Consent of Tierita Elhalaby)(Nilges, Hans) (Entered: 12/26/2014) |
| 12/29/2014 | 35 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Angela Mosby, # 2 Exhibit Consent of Arlene Mosby, # 3 Exhibit Consent of Raymond Baker, # 4 Exhibit Consent of Jeanette Crusoe)(Nilges, Hans) (Entered: 12/29/2014) |
| 12/31/2014 | 36 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Jeffery Sikora)(Nilges, Hans) (Entered: 12/31/2014) |
| 01/06/2015 | 37 | **Case Management Conference Scheduling Order** with case management conference to be held on 2/12/2015 at 10:15 AM at Courtroom 15A before Judge Donald C. Nugent. (C,KA) (Entered: 01/06/2015) |

| | | |
|---|---|---|
| 01/12/2015 | 38 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Shelly Cunningham)(Nilges, Hans) (Entered: 01/12/2015) |
| 01/13/2015 | 39 | Joint Proposed Stipulation *For Conditional Certification And Notice to Putative Plaintiffs* filed by All Plaintiffs. (Attachments: # 1 Exhibit Proposed Notice to Putative Class Members, # 2 Exhibit Proposed Consent Form)(Nilges, Hans) (Entered: 01/13/2015) |
| 01/14/2015 | 40 | *Defendant Cuyahoga County's* **Answer** to Complaint with Jury Demand filed by Cuyahoga County. (Attachments: # 1 Exhibit A (Collective Bargaining Agreement "CBA"), # 2 Exhibit B (CBA), # 3 Exhibit C (CBA), # 4 Exhibit D (CBA), # 5 Exhibit E (CBA), # 6 Exhibit F (CBA), # 7 Exhibit G (CBA), # 8 Exhibit H (CBA), # 9 Exhibit I (CBA), # 10 Exhibit J (CBA), # 11 Exhibit K (CBA), # 12 Exhibit L (CBA), # 13 Exhibit LL (CBA), # 14 Exhibit M (CBA), # 15 Exhibit MM (CBA))(Assad, Awatef) (Entered: 01/14/2015) |
| 01/15/2015 | 41 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Allen Kaspar, # 2 Exhibit Consent of Joshua Moss, # 3 Exhibit Consent of Abner Santiago)(Draher, Shannon) (Entered: 01/15/2015) |
| 01/19/2015 | 42 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of James Showman)(Nilges, Hans) (Entered: 01/19/2015) |
| 01/20/2015 | 43 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Annette Cardwell)(Nilges, Hans) (Entered: 01/20/2015) |
| 01/20/2015 | 44 | Joint Stipulation for Dismissal of Opt-In Plaintiff Barb Starey Claims with Prejudice filed by All Plaintiffs. (Draher, Shannon) (Entered: 01/20/2015) |
| 01/30/2015 | 45 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Beatrice H. Johnson Rose)(Nilges, Hans) (Entered: 01/30/2015) |
| 02/10/2015 | 46 | Report of Parties' Planning Meeting , parties do not consent to this case being assigned to the magistrate judge, filed by All Plaintiffs. (Nilges, Hans) (Entered: 02/10/2015) |
| 02/12/2015 | 47 | **Minutes of proceedings** before Judge Donald C. Nugent of Case Management Conference held on 2/12/15. Case is assigned to the standard track. Discovery cut off date is 9/30/15 and motion cut off date to be determined. A Pretrial Conference is set for 6/22/2015 at 09:00 AM in Chambers 15A before Judge Donald C. Nugent. Time: 30. (R,JM) (Entered: 02/12/2015) |
| 02/12/2015 | | Set Deadlines and Hearings Discovery due by 9/30/2015. (M, S) (Entered: 02/12/2015) |
| 02/19/2015 | 48 | **Marginal Order** granting 39 Joint Stipulation For Conditional Certification And Notice to Putative Plaintiffs. Judge Donald C. Nugent (C,KA) (Entered: 02/19/2015) |
| 02/20/2015 | 49 | FILING ERROR - FILED ON INCORRECT CASE NUMBER. Magistrate Consent Package issued 2/20/15 on behalf of Judge James S. Gwin. (M,G) Modified text and regenerated NEF on 2/20/2015 (M,G). (Entered: 02/20/2015) |
| 03/13/2015 | 50 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Alan Sibits)(Nilges, Hans) (Entered: 03/13/2015) |

| | | |
|---|---|---|
| 03/26/2015 | 51 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Paul Huseman)(Nilges, Hans) (Entered: 03/26/2015) |
| 03/28/2015 | 52 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Joseph Warchola, # 2 Exhibit Consent of Alexis Brandt, # 3 Exhibit Consent of Ronald Campbell, # 4 Exhibit Consent of Jennifer McGinnis, # 5 Exhibit Consent of Burnicine Booker)(Nilges, Hans) (Entered: 03/28/2015) |
| 03/30/2015 | 53 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Philip L. Sauers, # 2 Exhibit Consent of Andrew Williams, # 3 Exhibit Consent of Tony Orosz, # 4 Exhibit Consent of Mary Brzozowski, # 5 Exhibit Consent of Thomas Wieczorek, # 6 Exhibit Consento fo Denise Verhoser, # 7 Exhibit Consent of Tim J. Conway, # 8 Exhibit Consent of Jarah Simmons, # 9 Exhibit Consent of John Rusko, # 10 Exhibit Consent of Joseph Ferenczy, # 11 Exhibit Consent of Delmar Henderson, # 12 Exhibit Consent of Darnell Smith, # 13 Exhibit Consent of Harry Muntz, # 14 Exhibit Consent of Nestor Rivera, # 15 Exhibit Consent of Daniel Cooke, # 16 Exhibit Consent of Derek Teague, # 17 Exhibit Consent of Thomas Bradley, # 18 Exhibit Consent of Linda Graham-Fitch, # 19 Exhibit Consent of Vanessa Hooper)(Nilges, Hans) (Entered: 03/30/2015) |
| 03/30/2015 | 54 | Filing Error - Incorrect Case. Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Russell G. Butler, Jr.)(Nilges, Hans) Modified text 4/1/2015 (K,K). (Entered: 03/30/2015) |
| 03/30/2015 | 55 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Lawdry Simmons, # 2 Exhibit Consent of Walter Baker, # 3 Exhibit Consent of Robert Turner, # 4 Exhibit Consent of Nancy Collingwood, # 5 Exhibit Consent of Norman Hilliard, # 6 Exhibit Consent of Brenda Burden, # 7 Exhibit Consent of Edward Roman, # 8 Exhibit Consent of Tyrone Draper, # 9 Exhibit Consent of LaJuan Price, # 10 Exhibit Consent of Patrick Burke, # 11 Exhibit Consent of Patricia Siefer, # 12 Exhibit Consent of Dennis Grgincic, # 13 Exhibit Consent of Frank Cutter, # 14 Exhibit Consent of Danny Richards, # 15 Exhibit Consent of Fred Slaughter, # 16 Exhibit Consent of Dwain May, # 17 Exhibit Consent of Ted McNamee, # 18 Exhibit Consent of John Trevis, # 19 Exhibit Consent of Scott Stanic, # 20 Exhibit Consent of Theresa Bouc, # 21 Exhibit Consent of Reynaldo Gregory, # 22 Exhibit Consent of Michael Kuhlman, # 23 Exhibit Consent of Luanne May, # 24 Exhibit Consent of Gary Gregg, # 25 Exhibit Consent of Anthony Prevo, # 26 Exhibit Consent of Steve Balog, # 27 Exhibit Consent of Brendan Moran, # 28 Exhibit Consent of David Nimrichter, # 29 Exhibit Consent of Gary Bohanek, # 30 Exhibit Consent of Joseph Adams, # 31 Exhibit Consent of Paul Huseman, # 32 Exhibit Consent of Chris Kozub, # 33 Exhibit Consent of John Doss, # 34 Exhibit Consent of David Lisy, # 35 Exhibit Consent of Jennifer Roman, # 36 Exhibit Consent of Corinza Russ)(Nilges, Hans) (Entered: 03/30/2015) |
| 03/31/2015 | 56 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Vincent Wallace, # 2 Exhibit Consent of Louis Scibelli, # 3 Exhibit Consent of Angelo Moore, # 4 Exhibit Consent of Daniella Sinatra, # 5 Exhibit Consent of Erika Papp, # 6 Exhibit Consent of John Mirrotto, # 7 Exhibit Consent of Adrienne McIntosh, # 8 Exhibit Consent of Roger Little, # 9 Exhibit Consent of William DiGiovanni, # 10 Exhibit Consent of Andrew Madej, # 11 Exhibit Consent of Reginald Garner, # 12 Exhibit Consent of Pamela Coleman, # 13 Exhibit Consent of Angelica Anghelache, # 14 Exhibit Consent of Michael Bell, Sr.) (Nilges, Hans) (Entered: 03/31/2015) |

| | | |
|---|---|---|
| 04/06/2015 | 57 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by Anthony Church, James McClary, James Mulloy. (Attachments: # 1 Exhibit Robert Polstein Consent, # 2 Exhibit Terrence Snyder Consent, # 3 Exhibit Eric Jackson Consent, # 4 Exhibit Ramon Rivera, Jr Consent, # 5 Exhibit Curtis Jones Consent, # 6 Exhibit Kim Rivera Consent, # 7 Exhibit John Donitzen II Consent, # 8 Exhibit Roberta Wilson Consent, # 9 Exhibit Anthony McGowan Consent, # 10 Exhibit Shawn Payne Consent, # 11 Exhibit Jason Jozwiak Consent, # 12 Exhibit Benjamin Holliday, Jr. Consent, # 13 Exhibit Norma Sheppard Consent, # 14 Exhibit James McIntyre Consent, # 15 Exhibit DJuna Goshay Consent, # 16 Exhibit Deborah Evans Consent, # 17 Exhibit Charles McIntire, Jr. Consent, # 18 Exhibit Dyann Corrao, # 19 Exhibit Claudia Hernandez Consent, # 20 Exhibit De-Ella Busch Consent, # 21 Exhibit Eula Bailey Consent, # 22 Exhibit Thomas D'Amico Consent, # 23 Exhibit Michael Murphy Consent, # 24 Exhibit Michael Domonkos Consent, # 25 Exhibit Andrew Shepard Consent, # 26 Exhibit Laura Bailey-Brooks Consent, # 27 Exhibit Reion Cook Consent, # 28 Exhibit Karen Salvino Consent, # 29 Exhibit Diya Davis Consent)(Draher, Shannon) (Entered: 04/06/2015) |
| 04/06/2015 | 58 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Jackson, Robert Consent, # 2 Exhibit Mannen, Michael Consent, # 3 Exhibit Jones, Issac Consent, # 4 Exhibit Johnson, Kenneth Consent, # 5 Exhibit Jones, Lester Cosnsent, # 6 Exhibit Santiago, Lilliann Consent, # 7 Exhibit Williams, Reginald Jr. Consent, # 8 Exhibit Garner, Michael Consent, # 9 Exhibit Thomas, Timothy Consent, # 10 Exhibit Sibits, Alan Jr. Consent)(Draher, Shannon) (Entered: 04/06/2015) |
| 04/06/2015 | 59 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Kelly, Wilbert Consent, # 2 Exhibit Long, Kenneth Consent, # 3 Exhibit Borowski, John Consent, # 4 Exhibit Savage, Carey Consent, # 5 Exhibit Christie, Mark Consent, # 6 Exhibit Crise, Denise Consent, # 7 Exhibit Watson, Evora Consent, # 8 Exhibit Martin, Kevin Consent, # 9 Exhibit Locklear, Wanda Consent, # 10 Exhibit King, Dwayne Consent, # 11 Exhibit Williams, Treacie Consent, # 12 Exhibit Herceg, Matthew Consent)(Draher, Shannon) Modified on 4/7/2015 (M, S). (Entered: 04/06/2015) |
| 04/07/2015 | 60 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Bannister, David Consent, # 2 Exhibit Brown, Shawn Consent, # 3 Exhibit Burton, Desiree Consent, # 4 Exhibit Eagle, Lavelle Consent, # 5 Exhibit Futrell, Marvin Consent, # 6 Exhibit Hodges Jr., Lenon Consent, # 7 Exhibit Lindsey, Reynold Consent, # 8 Exhibit Neff, Terry Consent, # 9 Exhibit Nieves, Veronica Consent, # 10 Exhibit Rasheed, Tahir Consent)(Draher, Shannon) (Entered: 04/07/2015) |
| 04/08/2015 | 61 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Acker, Ryan G. Consent, # 2 Exhibit Allen, Homer P. Consent, # 3 Exhibit Bell, Brandon Consent, # 4 Exhibit Brown, Betty Consent, # 5 Exhibit Davis, Kippert Consent, # 6 Exhibit DeMore, Kenya Consent, # 7 Exhibit Ellis, Wiliam R. Consent, # 8 Exhibit Gibson-Cook, Erica Consent)(Draher, Shannon) (Entered: 04/08/2015) |
| 04/08/2015 | 62 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Love, Michelle Consent, # 2 Exhibit Matthews, Charles E. Consent, # 3 Exhibit Muhammed, Romando, # 4 Exhibit Pritchett, Randy Consent, # 5 Exhibit Sistrunk, Shannon M. Consent, # 6 Exhibit Steiner, Myron F. Consent, # 7 Exhibit Watts-Herbert, Regina Consent)(Draher, Shannon) Modified on 4/8/2015 (M, S). (Entered: 04/08/2015) |

| Date | # | Description |
|---|---|---|
| 04/10/2015 | 63 | Amended Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Thomas Bradley Consent, # 2 Exhibit Joseph Ferenezy)Related document(s) 53 .(Draher, Shannon) (Entered: 04/10/2015) |
| 04/10/2015 | 64 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Adams, Tenika Consent, # 2 Exhibit Ambler, Eric Consent, # 3 Exhibit Callahan, Jonah Consent, # 4 Exhibit Comerford, Daniel P. Consent, # 5 Exhibit Hunter, Tonya Consent, # 6 Exhibit O'Neill, Scott Consent, # 7 Exhibit Powers, Micah Consent, # 8 Exhibit Ross, Angela Consent, # 9 Exhibit Stocum, Donald E. Consent, # 10 Exhibit Whitmore, Freddie Consent, # 11 Exhibit Williams, Keith Consent)(Draher, Shannon) (Entered: 04/10/2015) |
| 04/11/2015 | 65 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Black, Pamela Consent, # 2 Darby, Jr., George E. Consent, # 3 Mitchum, Alberta Consent)(Draher, Shannon) (Entered: 04/11/2015) |
| 04/14/2015 | 66 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Bates, Johnny Consent, # 2 Benson, Lester Consent, # 3 Bowen, Erik Consent, # 4 Cattren, William Consent, # 5 Dunmire, Dale A. Consent, # 6 Feazell, Frank Consent, # 7 Gabor, Rodney Consent, # 8 Galganski, Kathleen Consent, # 9 Hester, Shirley Consent, # 10 Hines-Montgomery, Keshia Consent, # 11 Jeffery, Herman Consent, # 12 Martin, Dale E. Consent, # 13 Scott, Jacqueline Consent, # 14 Yuhas, Joseph Consent)(Draher, Shannon) (Entered: 04/14/2015) |
| 04/15/2015 | 67 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Hudson, Andrick Consent, # 2 Lacey, Neville Consent, # 3 Livingstone, Alex Consent, # 4 Love, Robert Consent, # 5 Reuter, Robert Consent, # 6 Salaam II, Douglas Consent)(Draher, Shannon) (Entered: 04/15/2015) |
| 04/20/2015 | 68 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Sherri Reynolds, # 2 Exhibit Consent of Tony Fountaine, # 3 Exhibit Consent of Daniel S. Blaha, # 4 Exhibit Consent of David J. Wills, # 5 Exhibit Consent of James Johnson, # 6 Exhibit Consent of Ruben LaFontaine, # 7 Exhibit Consent of Douglas Jopek, # 8 Exhibit Consent of William Tubbs)(Nilges, Hans) (Entered: 04/20/2015) |
| 04/20/2015 | 69 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by Anthony Church, James McClary, James Mulloy. (Attachments: # 1 Exhibit Consent of Tamika Agnew, # 2 Exhibit Consent of Daniel Franczek, # 3 Exhibit Consent of Regina Hagen)(Nilges, Hans) (Entered: 04/20/2015) |
| 04/27/2015 | 70 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Monique Perry, # 2 Exhibit Consent of Andre Osborn, # 3 Exhibit Consent of Victor Morris, # 4 Exhibit Consent of Helen Jeffery, # 5 Exhibit Consent Patricia Davis, # 6 Exhibit Consent of Raeshawn Jackson, # 7 Exhibit Consent of Richard Sutton, # 8 Exhibit Consent of Tyrone Bailey) (Nilges, Hans) (Entered: 04/27/2015) |
| 04/27/2015 | 71 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Kathleen Oleksiak)(Nilges, Hans) (Entered: 04/27/2015) |
| 04/29/2015 | 72 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Booth, Sr., George Consent, # 2 Halloran, Daniel Consent, # 3 Kaminski, Bryan Consent, # 4 Malloy, Kathleen Consent, # 5 Morres, |

| | | |
|---|---|---|
| | | Victor Consent, # 6 Peck, Rebecca Consent, # 7 Perpar, Joseph Consent)(Draher, Shannon) (Entered: 04/29/2015) |
| 04/30/2015 | 73 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Rushie Dennis)(Nilges, Hans) (Entered: 04/30/2015) |
| 05/01/2015 | 74 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Demetria Webb Consent, # 2 Exhibit John Ebner Consent)(Draher, Shannon) (Entered: 05/01/2015) |
| 05/03/2015 | 75 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Bruce E. Stewart)(Nilges, Hans) (Entered: 05/03/2015) |
| 05/04/2015 | 76 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Karri Eckeit, # 2 Exhibit Consent of Erik J. Joyce, # 3 Exhibit Consent of Victor Hester)(Nilges, Hans) (Entered: 05/04/2015) |
| 05/07/2015 | 77 | Notice of Filing Consent to Join in Collective Action Pursuant to 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Brandon Smith)(Nilges, Hans) (Entered: 05/07/2015) |
| 05/08/2015 | 78 | Notice of Filing Consent to Join in Collective Action Pursuant to 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Joyce T. Besses, # 2 Exhibit Consent of Delores Fluker)(Nilges, Hans) (Entered: 05/08/2015) |
| 05/11/2015 | 79 | Notice of Filing Consent to Join in Collective Action Pursuant to 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Thomas Kiscor, # 2 Exhibit Consent of Louis J. Colon, # 3 Exhibit Consent of Barry Hickerson, # 4 Exhibit Consent of Brian Williams, # 5 Exhibit Consent of Joseph Wagner)(Nilges, Hans) (Entered: 05/11/2015) |
| 05/11/2015 | 80 | Notice of Filing Consent to Join in Collective Action Pursuant to 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Vicki Mertes, # 2 Exhibit Consent of Angela Rudolph-Riley, # 3 Exhibit Consent of Matthew Schmitz)(Nilges, Hans) (Entered: 05/11/2015) |
| 05/15/2015 | 81 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Dickerson, Jahema Consent, # 2 Inge, Ragena Consent, # 3 O'Donnell, Dennis Consent, # 4 Readinger, Gail Consent)(Draher, Shannon) (Entered: 05/15/2015) |
| 05/17/2015 | 82 | Notice of Filing Consent to Join in Collective Action Pursuant to 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Consent of Renee Anthony, # 2 Exhibit Consent of Alphonso Anthony, # 3 Exhibit Consent of Sherry Scott)(Nilges, Hans) (Entered: 05/17/2015) |
| 05/18/2015 | 83 | Notice of Filing Consent Form to Join Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Exhibit Christopher Little Consent, # 2 Exhibit Raymond Gaiter Consent)(Draher, Shannon) (Entered: 05/18/2015) |
| 05/20/2015 | 84 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Villanueva, Manuel Consent)(Draher, Shannon) (Entered: 05/20/2015) |
| 05/27/2015 | 85 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Constello, James Consent)(Draher, Shannon) |

| | | |
|---|---|---|
| | | (Entered: 05/27/2015) |
| 06/08/2015 | 86 | **Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b)** filed by All Plaintiffs. (Attachments: # 1 Collier, Jerry Consent, # 2 Fitzmaurice, Thomas Sr. Consent)(Draher, Shannon) (Entered: 06/08/2015) |
| 06/18/2015 | 87 | **Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b)** filed by All Plaintiffs. (Attachments: # 1 Exhibit King, Kenyatta Consent)(Draher, Shannon) (Entered: 06/18/2015) |
| 06/19/2015 | 88 | **Motion** for leave *To File Amended Answer, Instanter* filed by Defendant Cuyahoga County. (Attachments: # 1 Exhibit Exhibit A - Amended Answer)(Asher, Ruchi) (Entered: 06/19/2015) |
| 06/22/2015 | 89 | **Minutes of proceedings** before Judge Donald C. Nugent of Status Conference held on 6/22/15. Fact discovery extended to 11/2/15. Next Status Conference is set for 9/28/2015 at 9:00 AM in Chambers 15A before Judge Donald C. Nugent. Time: 30. (R,JM) (Entered: 06/22/2015) |
| 06/25/2015 | | **Order** [non-document]granting Defendant Cuyahoga county's Motion for leave to File Amended Answer (Related Doc # 88 ). Judge Donald C. Nugent on 6/25/15.(R,JM) (Entered: 06/25/2015) |
| 07/13/2015 | 90 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Jonathan Schweter Consent, # 2 Deborah Strickland Consent, # 3 James Hughes Consent)(Draher, Shannon) (Entered: 07/13/2015) |
| 08/06/2015 | 91 | Notice of Filing Consent Form to Join in Collective Action Under 29 U.S.C. 216(b) filed by All Plaintiffs. (Attachments: # 1 Shawn Wohl Consent)(Draher, Shannon) (Entered: 08/06/2015) |
| 09/28/2015 | 92 | **Minute Order** of Status Conference held on 9/28/15 Time: 20. Parties need additional 30 days to complete record production. Parties request referral to Magistrate Judge Kenneth S. McHargh for Mediation. The mediation process to take place the week of December 14, 2015 if possible. A Status Conference is set for 1/13/2016 at 9:30 AM in Chambers 15A before Judge Donald C. Nugent. Judge Donald C. Nugent on 9/28/15. (R,JM) (Entered: 09/28/2015) |
| 10/16/2015 | 93 | **Order** with Mediation Conference to be held on Wednesday, 12/16/2015 at 10:00 AM in Chambers 9B before Magistrate Judge Kenneth S. McHargh. Plaintiff's counsel shall submit a written itemization of damages and settlement demand to defendant's counsel no later than 11/25/15, with a brief explanation of why such a settlement is appropriate. No later than 12/2/15, defendant's counsel shall submit a written offer to plaintiff's counsel with a brief explanation of why such a settlement is appropriate. If settlement is not achieved, plaintiff's counsel shall deliver or fax copies of these letters to Magistrate Judge McHargh's chambers no later than 12/9/2015. Do not file copies of these letters with the Clerk's Office. (See Order for instructions and specifics). Each party shall submit a confidential statement to the Magistrate Judge by no later than 12/9/15. Signed by Magistrate Judge Kenneth S. McHargh on 10/16/15. (M,De) (Entered: 10/16/2015) |
| 10/23/2015 | 94 | Notice of Filing Consent Form To Join In Collective Action Under 29 U.S.C. §216(b) filed by Anthony Church, James McClary, James Mulloy. (Attachments: # 1 Exhibit Consent of Derek Cannon)(Draher, Shannon) (Entered: 10/23/2015) |
| 11/13/2015 | 95 | **Motion** to continue Mediation Hearing and Briefing Schedule *for 30 Days* filed by Defendant Cuyahoga County. (Related document 93 ) (Asher, Ruchi) Modified to add link on 11/16/2015 (M, S). (Entered: 11/13/2015) |

| | | |
|---|---|---|
| 11/17/2015 | | **Order** [non-document]granting Motion to continue Mediation conference and briefing schedule.(Related Doc # 95 ). Judge Donald C. Nugent on 11/17/15.(R,JM) (Entered: 11/17/2015) |
| 11/20/2015 | 96 | **Order** that Mediation Conference is RESET for 1/29/2016 at 10:00 AM in Chambers 9B before Magistrate Judge Kenneth S. McHargh. Plaintiff's counsel shall submit a written itemization of damages and settlement demand to defendant's counsel no later than 1/8/16, with a brief explanation of why such a settlement is appropriate. No later than 1/15/16, defendant's counsel shall submit a written offer to plaintiff's counsel with a brief explanation of why such a settlement is appropriate. If settlement is not achieved, plaintiff's counsel shall deliver or fax copies of these letters to Magistrate Judge McHargh's chambers no later than 1/22/2016. Do not file copies of these letters with the Clerk's Office. (See Order for instructions and specifics). Each party shall submit a confidential statement to the Magistrate Judge by no later than 1/22/16. Signed by Magistrate Judge Kenneth S. McHargh on 11/20/15. (M,De) (Entered: 11/20/2015) |
| 01/07/2016 | 97 | Joint **Motion** to continue Status Conference filed by Anthony Church, James McClary, James Mulloy. Related document(s) 92 . (Draher, Shannon) (Entered: 01/07/2016) |
| 01/12/2016 | | **Order** [non-document]granting Joint Motion to continue Status Conference. The (Related Doc # 97 ) Status Conference is re-set for 2/10/2016 at 9:30 AM in Chambers 15A before Judge Donald C. Nugent. Judge Donald C. Nugent on 1/12/16.(R,JM) (Entered: 01/12/2016) |
| 02/01/2016 | | **Minute Order** [non-document] of Mediation Conference held on January 29, 2016. Hans A. Nilges and Shannon M. Draher, counsel for the plaintiff; Ruchi V. Asher and Awatef Assad, counsel for the defendant present. James Mulloy and Jame McClary for the plaintffs and Robert Triozzi, defendant representative present. Case did not settle. Referral termed. Time: 7.5 hours. Magistrate Judge Kenneth S. McHargh on 1/29/16. (M,De) (Entered: 02/01/2016) |
| 02/10/2016 | 98 | **Minutes of proceedings** before Judge Donald C. Nugent of Status Conference held on 2/10/16. Mediation unsuccessful. Status reset for 4/8/2016 at 09:00 AM. Time: 20 minutes. (C,KA) (Entered: 02/10/2016) |
| 04/04/2016 | 99 | Joint **Motion** for leave *to Attend Status Conference Telephonically* filed by Anthony Church, James McClary, James Mulloy. (Draher, Shannon) (Entered: 04/04/2016) |
| 04/05/2016 | | **Order** [non-document]granting Joint Motion for leave to attend status conference telephonically. Counsel shall make arrangements for conference call to the court. (Related Doc # 99 ). Judge Donald C. Nugent on 4/5/16.(R,JM) (Entered: 04/05/2016) |
| 04/08/2016 | 100 | **Minutes of proceedings** before Judge Donald C. Nugent of Status Conference held on 4/8/16. Telephonic status Conference set for 5/4/2016 at 09:00 AM regarding proposed settlement. Time: 10 minutes. (C,KA) (Entered: 04/08/2016) |
| 05/05/2016 | 101 | **Minutes of proceedings** before Judge Donald C. Nugent 5/4/16. Status Conference held on 5/4/16. Settlement reached, to be filed with the court for review by 5/16/16. Time: 10 minutes. (C,KA) (Entered: 05/05/2016) |
| 05/11/2016 | 102 | Joint **Motion** Approval of Settlement & Dismissal with Prejudice filed by Anthony Church, James McClary, James Mulloy. (Attachments: # 1 Executed Settlement Agreement, # 2 Exhibit A - Notice of Settlement, # 3 Exhibit B - Order Approving Settlement & Dismissal with Prejudice, # 4 Exhibit C - Allocation of Settlement)(Draher, Shannon) (Entered: 05/11/2016) |
| 05/17/2016 | 103 | **Order** approving settlement and dismissal with prejudice (related doc 102 ). Judge Donald C. Nugent 5/13/16(C,KA) (Entered: 05/17/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2017 10:46:05 | | | |
| **PACER Login:** | CuyahogaCountyLaw:3829258:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:14-cv-02546-DCN |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |