*Gary C. Fitzpatrick, Sr., et al. v. Cuyahoga County*
United States District Court, Northern District of Ohio, Eastern Division
Case No. 1:17-CV-02135

## CONSENT FORM

I hereby give my consent pursuant to 29 U.S.C. § 216(b) to be a Party Plaintiff in this case and agree to be bound by any settlement or judgment of the Court in this action. I understand that this lawsuit has been filed against the above-named Defendant to recover alleged underpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. I hereby designate Named Plaintiff's counsel to represent me for all purposes in this action and consent to be bound by decisions made by Named Plaintiffs on my behalf regarding this lawsuit. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a Party Plaintiff as required by 29 U.S.C. § 216(b).

DATE: 12/16/17       SIGNATURE: Randy Pritchett

PRINTED NAME: Randy Pritchett